Michael S. Taaffe, FL Bar No. 490318 (Admitted *Pro Hac Vice*)
SHUMAKER, LOOP & KENDRICK, LLP
240 South Pineapple Avenue, Post Office Box 49948
Sarasota, Florida 34230-6948
(941) 364-2720; FAX: (941) 366-3999
Mtaaffe@shumaker.com

Daniel S. Agle, Bar No. 251090
KLINEDINST PC
501 West Broadway, Suite 1100
San Diego, California 92101
(619) 400-8000/FAX (619) 238-8707
GGarbacz@Klinedinstlaw.com
DAgle@Klinedinstlaw.com
ISwan@Klinedinstlaw.com

Attorneys for Plaintiff
AMERIPRISE FINANCIAL SERVICES, LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LPL FINANCIAL LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>AMERIPRISE FINANCIAL SERVICES, LLC,<br><br>　　　　Defendant. | Case No. 25-cv-0880-JO-MSB<br><br>**DECLARATION OF JOHN JORGENSEN IN SUPPORT OF AMERIPRISE FINANCIAL SERVICES, LLC'S OPPOSITION TO PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>Judge:　　　　Hon. Jinsook Ohta<br>Courtroom:　　4C<br><br>Complaint Filed: April 14, 2025<br>Trial Date:　　None set |

Case No. 3:24-cv-01333-JO-MSB
DECLARATION OF MICHAEL S. TAAFFE IN SUPPORT OF AMERIPRISE FINANCIAL SERVICES, LLC'S OPPOSITION TO PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER

# DECLARATION OF JOHN JORGENSEN

I, JOHN JORGENSEN, under penalty of perjury, declare and say:

1. I am over the age of 18 and reside in the State of Florida. I have personal knowledge of the following facts, and if called as a witness, I could and would competently testify thereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of my curriculum vitae and my qualifications.

3. I am the Managing Director of Digital Forensics for Crowe LLP and formerly worked over 25 years for and with the National Security Agency. I have been the President and CEO of Sylint Group Inc. (now Crowe LLP) and the senior forensic engineer for over 25 years.

4. The Digital Forensics and Consulting Group of Crowe LLP is composed of approximately 40 employees with US government, Intelligence Community, military, law enforcement, and legal background. Crowe provides computer systems and digital data forensic analysis, evidentiary data recovery and collection, computer security systems specification, guidance, and implementation, and Counter Cyber Warfare expertise. Crowe also provides litigation support to include technical data recovery and reconstruction, deposition question assistance, 26(f) Meet & Confer guidance, Affidavit, Declaration, and Motion preparation and electronic investigation and data search.

5. I have served as a Special Master to the Court, as an Expert Witness in both Federal and local judicial jurisdictions in civil and criminal matters and have overseen the computer forensic analysis in over 3,000 successful cases.

6. Crowe/Sylint's clients include Fortune 100 companies, AM 100 Law firms, state governments, utilities, FBI, IRS, Secret Service, Department of Homeland Security, the Federal Government. Crowe and Sylint are Payment Card Industry Certified Forensic Investigators and NSA Accredited Incident Response

providers. I have personally provided six to twelve presentations per year to the American Bar Association, Federal Judges, the Florida Bar Association, and RSA and have guest lectured annually at both Ave Marie and Nova Law Schools.

7. I have provided digital data forensic analysis and eDiscovery services for over 300 cases involving Intellectual Property theft and financial fraud and theft and in particular over 100 Financial Industry Regulatory Authority ("FINRA") cases and testified before FINRA concerning FINRA regulations and violations.

8. Crowe/Sylint is a Cyber Security firm and provides financial firms, banks, brokerage companies, and government agencies (including the Internal Revenue Service and Secret Service) with cyber security guidance, breach investigations, ransomware negotiations, and data recovery. Crowe/Sylint's extensive background in financial Cyber Security provides us with a unique understanding and knowledge of critical issues surrounding this case.

9. Shumaker, Loop & Kendrick, LLP requested that I evaluate the potential data compromise in this case and perform other analysis, investigation and Cyber Security threat and risk evaluation. I was similarly engaged in the related preceding case, *Ameriprise Financial Services, LLC v. LPL Financial LLC*, Case No. 3:24-cv-01333-JO-MSB (the "First Litigation") in which I filed a Declaration (Dkt. 39-3).

10. Through the course of the First Litigation, LPL was required to identify all recruits who utilized the Bulk Upload Tool (a spreadsheet provided by LPL to various individuals for the purposes of harvesting the Ameriprise customer information) and, thereafter, to produce the Bulk Upload Tools completed by the advisors. At the time of making my first Declaration, LPL had identified that 30 former Ameriprise advisors used the Bulk Upload Tool to retain the extensive customer information. However, at that time, LPL had not yet produced the Bulk

Upload Tools. LPL has now produced the Bulk Upload Tools along with the emails that show the transmission of those Bulk Upload Tools from some of the advisors' personal unsecured email addresses to LPL.

11. Counsel for Ameriprise confidentially provided me with a list of the personal email addresses used by the advisors to disclose the Bulk Upload Tools and their contents to LPL.

12. Using various resources within my control as a forensic analyst, I discovered that at least seven of the personal email addresses used by the advisors to disclose the Bulk Upload Tools to LPL have been compromised, meaning that the emails themselves have been exposed in either another company's data breach or via a personal hack. Even without the tools of a forensic analyst, much of this information is publicly and independently verifiable through websites such as https://haveibeenpwned.com/.

13. In some instances, <u>both the personal email addresses and their respective passwords were compromised together in one or multiple data breaches or personal hacks, and thereby made known to unknown third parties.</u>

14. More specifically, there are three personal email addresses which have definitively been compromised by way of having the combination of both their email address and password exposed to unknown third parties. One such personal email belongs to Mr. Schwartz, who submitted a Declaration in support of LPL's Motion for Temporary Restraining Order.

15. In other words, unknown third parties have access to several of the advisors' personal, unsecure email addresses and passwords, and therefore the confidential information belonging to Ameriprise's customers contained within their personal email accounts.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed at Sarasota, Florida on April 18, 2025

*JOHN JORGENSEN*