# EXHIBIT A

**CURRICULUM VITAE FOR JOHN E. JORGENSEN**

**Crowe LLP**

John Jorgensen is the Digital Forensics Managing Director and the Senior Forensics Engineer for Crowe, LLP.  Sylint Inc. joined Crowe on August 12, 2024. The press release is enclosed here: https://www.prnewswire.com/news-releases/crowe-adds-global-incident-response-and-cybersecurity-advisory-firm-sylint-group-inc-302212691.html.

**The Sylint Group, Inc.**

John Jorgensen is the President, CEO and Founding Partner of The Sylint Group, Inc. established in 1998.  The Sylint Group is composed of over 40 professionals formerly with National Security Agency, Law Enforcement, Federal Bureau of Investigation, Department of Defense, military personnel, contractor employees and other engineering professionals.

The Sylint Group provides consulting and professional services for Cyber Security, Industrial Counter-Espionage, Counter Cyber Warfare, eDiscovery, Signal Analysis and Digital Data Forensic Investigations (www.Sylint.com ) nationally and internationally. The Sylint Group has appeared on the front pages of the Tampa Bay Business Journal, the Sarasota Herald Tribune Business Weekly and the Tampa Tribune Business Section, SciTech (ABA Publication) as well as several appearances in local television news segments. The Sylint Group is cited in Westlaw Review and is published in other Periodicals and Books. Sylint is a member of the American Bar Association and the Sedona Conference (Working Group 11).

The Sylint Group provides: computer systems and digital data forensic analysis; evidentiary data recovery and collection; data and signal analysis; computer and network security systems specification, guidance and implementation; eDiscovery collection and processing; 26(f) conference and Meet-and-Confer preparation; and computer facilities physical security guidance and implementation. Sylint's client base includes small business professionals, law firms and medical practice, to multi-billion-dollar multi-national Fortune 100 corporations. Sylint provides litigation support to include technical data recovery and reconstruction, deposition question assistance, trial preparation and electronic investigation and data search to AM 100 law firms. Sylint also provides industrial counter-espionage services to include electronic listening device detection and intrusion protection and response, information systems protection and monitoring, and specialized information collection.  Sylint has developed several unique services and software applications to include: Cyber Security Risk Matrix (CSRM) ®, DRIL ®, STALKER ®, SYNERGY ® and ZEROMapper ® and is currently developing other cyber-security and forensics applications through its inhouse software development team.

A partial client list for The Sylint Group includes Ravago Americas, Nucor Steel International, Cott Beverages International, Waste Management, ServiceMaster, IBM, Morgan Stanley, Bridgestone Firestone, Nissan Global, Marvell Technology Group, Sheridan Healthcare, MAPEI, Kate Spade, TIAA-CREF, HUD Fort Pierce, Florida Department of Transportation Lynx, City of

St. Petersburg, Greater Orlando Airport Authority, City of Sarasota, Texas Health Care, US Sailing Association, Wharton-Smith, Jones Day (Chicago), Parker Poe (Atlanta), Epstein Becker & Green (Houston), Morrison & Mahoney (Boston), Ford & Harrison (Tampa and Orlando), Abel Band Chartered (Sarasota), Sutherland (Atlanta), InfoLawGroup (Denver), Edelson McGuire (Chicago), Shumaker Loop (National), Kozyak Tropin & Throckmorton (Miami), Latham Watkins (San Francisco), Arnstein & Lehr (Fort Lauderdale), Duane Morris (National), Ogletree Deakins (National), Kirk Pinkerton (Sarasota), Horack Talley (Atlanta), Smolker Bartlett (Tampa),  Florida Bar Association and other large, medium, and small companies and AM 100 law firms, and US Government entities to include FBI, IRS, Department of Homeland Security, Secret Service, various Law Enforcement Agencies and State Attorney Offices.

Mr. Jorgensen serves as the Senior Forensic Engineer and developed the computer forensic analytic process and techniques for the Sylint Group based on intelligence analysis and processing techniques designed, developed and implemented while working for the National Security Agency, in the military, as a direct employee, and as a government contractor.  Mr. Jorgensen has briefed two Directors NSA, the Under Secretary of Defense, the House Permanent Select Committee on Intelligence, The Bundesnachrichtendienst (Federal Intelligence Service) on various intelligence matters.  Mr. Jorgensen has also briefed the MoD Spain, and various government personnel of Egypt, Kuwait, Malaysia, England, South Korea and Germany.

Mr. Jorgensen has served as Special Master to the Court (5 instances), an Escrow Agent for the Court and served as an Expert Witness in both Federal and local Judicial jurisdiction and has overseen the computer forensic analysis of over 1550 successful cases.  He has lectured multiple times before the American Bar Association, Florida Bar Association, RSA Conference (USA), Tiger Bay Association, Ford & Harrison LLP, Employers Association of Florida, National Private Investigator's Association, Tampa Bay FBI Infragard, Special Operations Command (SOCOM), the International Cryptologic Association, the FBI, and other government organizations concerning eDiscovery, digital data forensic analysis, ethics, cyber security and counter cyber warfare.

Mr. Jorgensen is a Guest Instructor (current) at Nova Law School, Ave Maria Law School and University of South Florida.


**Summary of Experience (October 1984 to July 1994)**

Loral Data Systems (formerly Fairchild Weston Data Systems Division)

*Director of Program Development* (January 1992 - July 1994):  Directed and Managed Special Projects and high technology intelligence programs in cutting edge technology computer controlled real-time data collection, analysis, and processing systems.  Directed and Managed the Business Development, Program Management, Consultants, and Technology Offices. Responsible for interfacing with and representing Loral Data Systems to the U.S. government and international customers to include, Spain, Germany, Egypt, Kuwait, Brazil, Taiwan, and others. Responsible for conducting successful business contract negotiations ($55M program) for Loral with the government of Egypt.  Has provided senior level technical briefings on advanced signal's processing systems to the governments of Taiwan, Kuwait, Spain, Germany, Egypt, South Korea and Malaysia. Grade: Engineer IV, Director

*Director of Advanced Systems* (1984-1992):  Researched, developed, and implemented new technologies in the design of computer based communications and data signals collection, processing, analysis, and reporting systems; Electronic Warfare jamming, direction-finding, signal collection and Command and Control systems; and multi-sensor reconnaissance and surveillance systems.  Performed systems design, systems data linking and requirements definition, functional and operational modeling, and systems performance evaluation (to include threat analysis and response).  Performed intelligence data management assessments and requirements and tasking definition at the strategic and tactical levels for single and multilevel systems.  Managed a staff of senior-level technical personnel and the Applications Engineering group, Research and Development, and Program Management offices.  Reported to the Vice President of Signal Processing Systems for U.S. government business segment and reported to the President of Loral Data Systems for International Signals Collection, Analysis, Processing, and Reporting Systems and ground based Electronic Warfare Systems.

**Background Experience**

<u>U.S. Government, National Security Agency  (1982-1984)</u>

Selected for and attended the Naval Postgraduate School for courses in Defense Department Resource Management.  Designed, developed, deployed and budgeted advanced, multi-million dollar, multi-rack, computer systems controlled, real-time collection, processing, analysis and reporting systems.  Performed systems requirements definition and tasking, systems analysis, design, and evaluation to include collection, analysis, processing, and reporting functions. Performed system level inter- and intra-network communications and data flow analysis and definition over local and worldwide networks and communications links.  Managed multi-site worldwide system design, development, budgeting and deployment program.  Performed threat recognition, assessment, and analysis for follow-on systems definition and development. Defended Group technology budgets to the annual Resource Allocation Committee (RAC) hearings.  Organized, developed and managed a Special Projects Quick Response Team for unique collection activities.  Provided multi-system operability and linkage assessments and capabilities definition at the tactical and strategic levels.  Received cash bonus awards and Letters of Commendation for Excellence.  Grade GS-12.4.

<u>U.S. Military (Assigned to National Security Agency, Special Projects, Special Activities Detachment 3; SAD-3) (1969-1982)</u>

*Internals Analyst* ('79-'83):  Performed signals internals analysis for the government using various computer based analysis systems and tools; assisted in the development of standardized analysis software; performed internals and externals analysis, publishing analysis and feasibility studies, provided briefings and reports to Directors of DoD organizations, Director of NSA, Under Secretary of Defense and various other government agencies. Oversight of budgets for multi-million-dollar state-of-the-art technology programs. Organized, directed and operated a Quick Response Special Projects team.  Received the Defense Meritorious Service Medal (3rd highest peacetime award) for Special Projects' efforts.  Grade E7.

*Senior Analyst, Research and Development for Special Projects* ('73-'79):  Performed signals internals and externals analysis for multiple signal technologies using state-of-the-art computer controlled systems.  Served as Computer Programming Specialist (FORTRAN and Assembly Language) for Special Projects.  Received Joint Service Commendation Medal for signal systems analysis work and design and engineering of site deployed multi-rack computer controlled signal collection, processing, analysis, and reporting system.  Served 6 years in an overseas Special Project's assignment.

*Internals and Externals Analysis* ('69-'73)*;* Served with Special Projects Office, Army Security Agency, Special Activities Detachment 3 (SAD-3).  Received Army Commendation Medal for special site analysis work. Instructor for the Tri-Service Electronic Warfare School teaching Internal's and External's Analysis and data systems collection, processing and analysis.

**Education**

Northeastern University, Chemical Engineering; 1966-1967

U.S. Army Security Agency: 1969-1976
       Intercept Analyst
       Analog Production
       Key Instructor Program, Signal Analysis
       Advanced NCOES EW/C Supervisor
       SA 430 (Classified)
       SA 431 (Classified)
       Multi-Channel Technology
       *Received Commendation of Excellence*

U.S. Department of Defense Schools (NSA):  1979-1982
       EA030 (Classified)    EAB01 (Classified)    EA100 (Classified)
       EA161 (Classified)    EA162 (Classified)    EA164 (Classified)
       EA174 (Classified)    EA175 (Classified)    EA176 (Classified)    EA178 (Classified)

Naval Postgraduate School: 1982 (Appointment by NSA)
       Defense Resource Management

Certified Military Tri-Service School Instructor

Electronic Warfare Operator/Analyst – 98J
Computer System Operator – MOS 74E (Computer Programmer)

X-Ways Software Technology AG; (2008)
       X-Ways Forensics
       File Systems Revealed

Federal Bureau of Investigation Citizen's Academy – Graduate November 2009

Criminal Justice Information System Security & Awareness Training – Level 4 CJIS Security Training – expires March 1, 2020.

**Military Awards:**
       **Defense Meritorious Service Medal;** (Awarded and presented by Director NSA)
       **Joint Service Commendation Medal**
       **Army Commendation Medal**
       **Vietnam Service Medal**

**Security Clearance**
       Top Secret Special Intelligence, Special Compartmented Information (TSSI SCI) - NSA
       Polygraph 05/15/91; SBI 02/91

Criminal Justice Information System – Level 4 CJIS Security Training Valid through 02/04/2022.

**Non-Profit Organizations:**
- Board of Directors, Tampa Bay FBI Infragard Group (Current, Former President)
- American Bar Association (ABA), SciTech eDiscovery Committee, Chair of Forensics Sub-Committee (Former)
- Vice President, Sailing Alternatives, Inc.; (SAlt) Paralympic Sailing/Racing Instructor (Former)
- President, Lou Gehrig's Disease Association of Southwest Florida, Inc. (LGDA) (Former)

**Florida Private Investigator License:** C 2900442 (Individual); A 2900240 (Firm)