Michael S. Taaffe, FL Bar No. 490318 (Admitted *Pro Hac Vice*)
SHUMAKER, LOOP & KENDRICK, LLP
240 South Pineapple Avenue, Post Office Box 49948
Sarasota, Florida 34230-6948
(941) 364-2720; FAX: (941) 366-3999
Mtaaffe@shumaker.com

Daniel S. Agle, Bar No. 251090
KLINEDINST PC
501 West Broadway, Suite 1100
San Diego, California 92101
(619) 400-8000/FAX (619) 238-8707
GGarbacz@Klinedinstlaw.com
DAgle@Klinedinstlaw.com
ISwan@Klinedinstlaw.com

Attorneys for Plaintiff
AMERIPRISE FINANCIAL SERVICES, LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LPL FINANCIAL LLC,<br><br>Plaintiff,<br><br>v.<br><br>AMERIPRISE FINANCIAL SERVICES, LLC,<br><br>Defendant. | Case No. 25-cv-0880-JO-MSB<br><br>**DECLARATION OF JENNIFER SWIHART IN SUPPORT OF AMERIPRISE FINANCIAL SERVICES, LLC'S OPPOSITION TO PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>Judge: Hon. Jinsook Ohta<br>Courtroom: 4C<br><br>Complaint Filed: April 14, 2025<br>Trial Date: None set |

# DECLARATION OF JENNIFER SWIHART

I, JENNIFER SWIHART, under penalty of perjury, declare and say:

1. I am over the age of 18.

2. I am the Director – Compliance, Global Privacy for Plaintiff, Ameriprise Financial Services, LLC ("Ameriprise") and a member of the Ameriprise privacy "swat team."

3. I have worked in privacy and fraud investigations for over twenty years at Ameriprise. In 2016, I became certified as a forensic examiner by EnCase Certified ("EnCE"). At Ameriprise, I have led a team of five investigators for the last ten years.

4. Over my career, I have investigated thousands of privacy incidents. Some of the privacy incident investigations I have been involved with have identified data breaches and some have not. This particular privacy incident investigation identified a data breach.

5. Ameriprise has a standard process for review of a potential data breach, and I follow the same process for each privacy incident investigation that I am involved with. This current investigation was no different, and I followed the standard process.

6. In this particular investigation, upon being alerted about the potential data breach, my team began our review by obtaining the documents produced to

Ameriprise by LPL on January 24, 2025, which I was informed were the Bulk Upload Tool source spreadsheets and images of the emails used to transmit those Bulk Upload Tool spreadsheets to LPL.

7. Once I was able to review the various Bulk Upload Tool spreadsheets, I needed to standardize the columns within the spreadsheets, and to do so I imported all of the data into one master document. I limited the data in the document to individuals for whom a Social Security Number was included along with other personally identifiable information. The result was 11,965 records, comprised of 10,042 primary client records, 1,310 secondary client records and 613 beneficiary records.

8. I focused on Social Security Numbers, because they are broadly considered sensitive and highly confidential and, when placed at risk, can commonly lead to negative impact for the individuals to whom they belong. Importantly, Social Security Numbers can be used as a verification point for account access. In other words, Social Security Numbers in conjunction with, for example, an account number, would allow someone with that combination of information to gain access to a customer's account.

9. I then de-duplicated the data contained within the master document, resulting in 4,764 records.

10. For most of the individuals identified in the Bulk Upload Tool spreadsheets, there were over one hundred and fifty categories of information stored within the sheet. A list detailing the categories of information found within the Bulk Upload Tool spreadsheets I reviewed is below. This list does not contain any of the actual data from the spreadsheets, nor does it contain any reference to the individuals associated with the data or the advisors who used the Bulk Upload Tools:

Rep ID
Client Type
Residency Status
Program Type
Advisory Fee (x.xx)
Registration Type
IRA Type (Trad, Roth, and SEP's Only)
Company/ Estate/ Trust Name
Company/ Estate/ Trust EIN/TIN
Trust Under SSN or TIN?
Client/Primary SSN (xxx-xx-xxxx)
Client/Primary First Name
Client/Primary Middle Name
Client/Primary Last Name
Client/Primary Aliases (One and the Same)
Client/Primary DOB (mm/dd/yyyy)
Client/Primary Legal Street Address (Line 1)
Client/Primary Legal Street Address (Line 2)
Client/Primary Legal City
Client/Primary Legal State
Client/Primary Legal Zip
Client/Primary Country of Citizenship
Client/Primary Mailing Address
Same as Legal?
Client/Primary Mailing Street Address (Line 1)
Client/Primary Mailing Street Address (Line 2)
Client/Primary Mailing City
Client/Primary Mailing State
Client/Primary Mailing Zip
Client/Primary Home Phone (xxx-xxx-xxxx)
Client/Primary Mobile Phone (xxx-xxx-xxxx)
Client/Primary Business Phone (xxx-xxx-xxxx)

Client/Primary Email Address
Client/Primary Industry Affiliation
Client/Primary Employment Status
Client/Primary Employer Name
Client/Primary Industry
Client/Primary Occupation
Client/Primary Employer Address (Line 1)
Client/Primary Employer Address (Line 2)
Client/Primary Employer City
Client/Primary Employer State
Client/Primary Employer Zip
Secondary First Name
Secondary Middle Name
Secondary Last Name
Secondary Aliases (One and the Same)
Secondary SSN (xxx-xx-xxxx)
Secondary DOB (mm/dd/yyyy)
Secondary Legal Address Same as Primary?
Secondary Legal Street (Line 1)
Secondary Legal Street (Line 2)
Secondary Legal City
Secondary Legal State
Secondary Legal Zip
Secondary Country of Citizenship
Secondary Home Phone (xxx-xxx-xxxx)
Secondary Mobile Phone (xxx-xxx-xxxx)
Secondary Business Phone (xxx-xxx-xxxx)
Secondary Email Address
Secondary Industry Affiliation
Secondary Employment Status
Secondary Employer Name
Secondary Industry
Secondary Occupation
Secondary Employer Address (Line 1)
Secondary Employer Address (Line 2)
Secondary Employer City
Secondary Employer State
Secondary Employer Zip
Investment Objective
Annual Income
Net Worth
Liquid Net Worth
Approximate Account Value
Expected Account Value $ (Managed Accounts Only)
Source of Client Wealth and Income
SOW Description (if Column CI = Other)

Tax Bracket
Inv. Time Horizon (Years)
Liquidity Needs?
Approx $ (if Yes)
Timeframe (if Yes)
Total Years of Investment Experience
Annuities
Bonds
Margin
Mutual Funds
Options
Partnerships
Stocks
Other
Other Description (if applicable)
Alt. Investments
Annuities
Bonds
Checking/Savings
Equities
Insurance
Mutual Funds
Real Estate
Other
Other Description (if applicable)
Beneficiary (#1)
Type
Relationship
First Name
Middle Name
Last Name
Entity Name (if Non-Person)
SSN or TIN
DOB (mm/dd/yyyy)
Beneficiary (#2)
Type
Relationship
First Name
Middle Name
Last Name
Entity Name (if Non-Person)
SSN or TIN
DOB (mm/dd/yyyy)
Beneficiary (#3)
Type
Relationship

First Name
Middle Name
Last Name
Entity Name (if Non-Person)
SSN or TIN
DOB (mm/dd/yyyy)
Beneficiary (#4)
Type
Relationship
First Name
Middle Name
Last Name
Entity Name (if Non-Person)
SSN or TIN
DOB (mm/dd/yyyy)
Beneficiary (#5)
Type
Relationship
First Name
Middle Name
Last Name
Entity Name (if Non-Person)
SSN or TIN
DOB (mm/dd/yyyy)
Beneficiary (#6)
Type
Relationship
First Name
Middle Name
Last Name
Entity Name (if Non-Person)
SSN or TIN
DOB (mm/dd/yyyy)
Status
Notes
Request Type

11. For some records, there was an additional Account Data tab that contained other financial account numbers, bank account numbers and routing numbers.

12. Next, I collaborated with Ameriprise's Financial Crimes Compliance and Information Management teams to pull the current address information for the individuals in the master document. This step is of twofold importance: first, we needed to ascertain the state of residence so that a legal analysis could take place as to which states' data breach laws applied, and second, we needed to ascertain the state of residence in case we needed to notify the individuals of a data breach.

13. My team also determined that the advisors (or alternatively other individuals with whom the advisors worked) who took this information had disclosed it to a third party, LPL, via email. We made this determination by reviewing the documents produced to Ameriprise by LPL on January 24, 2025, which included images of the emails used to transmit the Bulk Upload Tool spreadsheets to LPL. These images clearly indicated the path of data, which flowed from the advisors (and/or their staff) to LPL via email.

14. Once all of the above information was compiled, I shared my investigation findings with internal counsel and sought legal advice which resulted in a good faith determination that a data breach had occurred and that a data breach notification would need to be sent to 4,623 impacted individuals in 47 states.

15. I was subsequently involved with drafting the data breach notification that ultimately was sent to impacted individuals.

16. There is a standard template used for such notifications in order to comply with relevant state laws. We utilized that standard template.

17. I submit this Declaration in support of Ameriprise's Opposition to LPL's Motion for a Temporary Restraining Order.

18. In connection with the preparation of this Declaration, I have reviewed my incident investigation. I am familiar with the facts and circumstances of the transmission of the Bulk Upload Tools as well as the sensitive information contained within those Bulk Upload Tools.

19. I have personal knowledge of the facts set forth above.

[*Signature Page Below*]

**Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on April 17, 2025.**

_____
Jennifer Swihart