# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LPL FINANCIAL LLC,<br>Plaintiff,<br><br>v.<br><br>AMERIPRISE FINANCIAL SERVICES, LLC,<br><br>Defendant. | Case No. 3:25-cv-00880-JO-MSB<br><br>[PROPOSED] STIPULATED ORDER |

WHEREAS, the Court Ordered the Parties to meet and confer in relation to LPL's filing of a motion for Temporary Restraining Order ("TRO").

THEREFORE, the Parties agree to the following plan, which the Court SO ORDERS:

1. LPL agrees to dismiss this Federal Court Action with prejudice on or before May 9, 2025. Parties agree that LPL has the right to pursue substantive claims for defamation and tortious interference in FINRA. Ameriprise reserves the right to seek attorneys' fees in FINRA.

2. LPL agrees to provide a list of Non-Customers of LPL whose information was provided via the Bulk Upload Tool (the LPL List) to Ameriprise

1
[PROPOSED] STIPULATED ORDER

within one week. Ameriprise subsequently agrees to provide a list of individuals who are not on the LPL List who were sent a data breach notification to LPL within two weeks of receipt of the LPL List. This item will be for in-house and outside counsel attorneys' eyes only, to the extent non-attorneys see either list, they will do so under the direction of counsel.

3. LPL will provide forty-eight hours' notice and a copy to Ameriprise of any LPL notice to clients regarding the data breach notice for review and comments. In response to LPL's notice, Ameriprise will provide forty-eight hours' notice and a copy to LPL of any response notice Ameriprise intends to send.

4. The Court shall maintain jurisdiction over this Stipulated Order and its enforcement concurrent with the FINRA arbitration Panel in FINRA Arbitration No. 24-01643.

5. Based on the parties' stipulation, this case is DISMISSED with prejudice. The Court orders the Clerk of the Court to CLOSE this case.

MARKUN ZUSMAN & COMPTON LLP

DATED: May 8, 2025        By:   s/Jeffrey K. Compton
                                Jeffrey K. Compton
                                Attorneys for Plaintiff LPL FINANCIAL
                                LLC


SHUMAKER, LOOP & KENDRICK, LLP

DATED: May 8, 2025        By:   s/Michael S. Taaffe
                                Michael S. Taaffe
                                Attorneys for Defendant AMERIPRISE
                                FINANCIAL SERVICES, LLC

(signatures continued on next page)

2
[PROPOSED] STIPULATED ORDER

KLINEDINST PC

DATED: May 8, 2025

By:     s/Daniel S. Agle
Daniel S. Agle
Attorneys for Defendant AMERIPRISE FINANCIAL SERVICES, LLC

**IT IS SO ORDERED.**

DATED: 5/8/2025

The Honorable Jinsook Ohta
United States District Judge

26463412.2