

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LPL Financial LLC | Civil Action No. 25-cv-00880-JO-MSB |
| Plaintiff, | |
| V. | |
| Ameriprise Financial Services, LLC; Intervening Advisors; Richard Oaster | **JUDGMENT IN A CIVIL CASE** |
| Defendant. | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Based on the parties' stipulation, this case is DISMISSED with prejudice and is hereby closed.

Date:  5/8/25

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/ R. Contreras

R. Contreras, Deputy